UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE



FILED
AUG 12 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.: 2:20-MJ- 128 |
| ) | |
| EMORY Q. JACKSON ) | |
| ) | |

## MOTION TO SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby moves to seal all documents in this case, including the Motion to Seal until the defendant is arrested or until further order of the court, on the grounds that there is an ongoing criminal investigation which could be jeopardized by public disclosure of this matter at this time.

Respectfully submitted on August 12, 2020.

J. DOUGLAS OVERBEY
United States Attorney

By: _____
KATERI L. DAHL
Special Assistant U.S. Attorney
DC BAR: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759