

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

UNITED STATES OF AMERICA )
)
v. ) No.: 2:20-MJ-128
)
EMORY Q. JACKSON )

## ORDER

Upon motion of the plaintiff, United States of America, and for good cause shown,

IT IS ORDERED that all documents in this case, including the Motion to Seal are sealed until the defendant is arrested or until further order of the court.

ENTER:

CYNTHIA RICHARDSON WYRICK
U.S. Magistrate Judge

APPROVED FOR ENTRY:

J. DOUGLAS OVERBEY
United States Attorney

By: _____
KATERI L. DAHL
Assistant U.S. Attorney