UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:20-MJ-128 |
| | ) | JUDGE WYRICK |
| EMORY Q. JACKSON | ) | |

TO THE HONORABLE MAGISTRATE OF THE ABOVE COURT:

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, United States of America, by and through the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That EMORY Q. JACKSON, is now in the custody of the Washington County Detention Center, at Jonesborough, Tennessee, pursuant to a lawful commitment.

II.

That there is pending against the defendant, EMORY Q. JACKSON, in this District the above-captioned case, which is set for an Initial Appearance hearing, or for his case to be otherwise disposed of upon said complaint heretofore returned against him, on August 26, 2020, in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, at 2:30 p.m. that day and each day thereafter until said case has been disposed.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, Washington County Detention Center, at Jonesborough, Tennessee, commanding him to produce the said EMORY Q. JACKSON, before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Sheriff so

elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said EMORY Q. JACKSON, into his custody and possession at said Washington County Detention Center, at Jonesborough, Tennessee, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff, Washington County Detention Center, at Jonesborough, Tennessee, as aforesaid.

Respectfully submitted, this the 21st day of August, 2020.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: s/ *KATERI L. DAHL*
KATERI L. DAHL
Special Assistant U.S. Attorney
DC BAR: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759