# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:20-MJ-128 |
| | ) | |
| EMORY Q. JACKSON | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That Emory Q. Jackson is now in the custody of the Jailer at the Washington County Detention Center, in Jonesborough, Tennessee, pursuant to State of Tennessee charges.

II.

That there is pending against the defendant in this District the above-captioned case, which is set for Initial Appearance on August 27, 2020 at 3:00 p.m., or for his case to be otherwise disposed of upon said indictment heretofore returned against him in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Jailer of the Washington County Detention Center, in Jonesborough, Tennessee, commanding him to produce the said Emory Q. Jackson before this

Court at the time and place aforesaid for the purpose aforesaid, and that if the said Jailer of the Washington County Detention Center, in Jonesborough, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said Emory Q. Jackson into his custody and possession at said Washington County Detention Center, in Jonesborough, Tennessee and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Jailer of the Washington County Detention Center, in Jonesborough, Tennessee as aforesaid.

J. DOUGLAS OVERBEY
United States Attorney

By:    s/ *KATERI L. DAHL*
KATERI L. DAHL
Special Assistant U.S. Attorney
DC BAR: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759