# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *Initial Appearance on Complaint*

USA vs **Emory Q. Jackson**   Date: August 27, 2020

Case No. **2:20-MJ-128**   Time 3:30 to 3:45

======================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Kathy Hopson | DCR | Kateri Dahl via video |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

======================================================================

**DEFENDANT**  **DEFENSE ATTORNEY**

Emory Q. Jackson via video   J. Russell Pryor via video

**PROCEEDINGS:**   Arrest Date: 8/26/2020

- [✓] Defendant sworn [✓] Defendant found competent
- [✓] Defendant advised of charges, penalties, and rights
- [✓] Copy of complaint provided to defendant or counsel by the Clerk
- [✓] Financial affidavit executed [✓] Defendant found indigent
- [✓] Counsel present and appointed
- [ ] Counsel to be appointed [ ] Counsel to be retained
- [ ] Agreement of government counsel to conditions of release
- [✓] Oral motion by government for detention
- [✓] Detention and Preliminary hearing set for **9/2/2020 @ 1:00 p.m.**
- [ ] Arraignment/Scheduling or Preliminary Hearing set for
- [✓] Defendant remanded to custody of US Marshal
- [ ] Defendant released
- [✓] Orders to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
**dcr_2-20-MJ-128_20200827_152913**