UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) **2:20-MJ-128** ) |
| vs. | ) |
| EMORY Q. JACKSON, | ) |
| Defendant. | ) |

## **ORDER**

Defendant has requested and is financially qualified for court-appointed counsel. It is, therefore, ordered that J. Russell Pryor, Esq., a member in good standing of the CJA panel, is appointed to represent Defendant in all further proceedings in this action.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge