UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **2:20-MJ-128** |
| ) | |
| vs. ) | |
| ) | |
| EMORY Q. JACKSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the government for detention of Defendant, and upon Defendant's request to be granted time to prepare for detention and preliminary hearings, it is ORDERED that preliminary and detention hearings are set by videoconference on **Wednesday, September 2, 2020**, **at 1:00 p.m.**, before the undersigned United States Magistrate

Pending that hearing, Defendant shall be held in custody by the United States Marshal and produced for the hearing. If Defendant is unwilling to waive his right to appear in person and participate by video (or by telephone if the facility does not have video capabilities), counsel for Defendant must **notify the Court immediately** as the Court will likely need to reschedule the matter to another date so that arrangements can be made to transport Defendant to the Court for a hearing, given the difficulties created by the current COVID-19 pandemic.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge