# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED BY: Max
DATE: 8.13.2020 TIME: 8:00

U.S. MARSHAL E/TN
GREENEVILLE, TN

United States of America
v.
Emory Q. Jackson

*Defendant*

Case No. 2:20-MJ-128, SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Emory Q. Jackson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Convicted felon in possession of a firearm (18 USC § 922(g)(1))

Date: 08/12/2020

*Issuing officer's signature*

City and state: Greeneville, Tennessee

Cynthia Richardson Wyrick, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/12/20, and the person was arrested on *(date)* 8/27/20
at *(city and state)* Johnson City, Tennessee

Date: 8/27/20

*Arresting officer's signature*

JEFF LEGAULT
FOR JASON K. TANWATER
*Printed name and title*