IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:*ARRAIGNMENT & SCHEDULING CONFRENCE*

USA vs __Emory Q. Jackson__          Date: __September 2, 2020__

Case No. __2:20-CR-65__          Time __1:20__     to __1:45__

==================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Kateri Dahl |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

==================================================================

| <u>DEFENDANT</u> | <u>DEFENSE ATTORNEY</u> |
|---|---|
| Emory Q. Jackson | J. Russell Pryor |

PROCEEDINGS:

[✓] Defendant advised of charges, penalties, and rights;

[✓] Copy of indictment provided to defense counsel by clerk

[✓] Plea of not guilty entered to all charges

Dates selected and scheduled as follows:

Jury Trial:**November 5, 2020 00:00 am**
before the Honorable J. Ronnie Greer
Estimated length of trial 2 DAYS
Motion cut-off 9/15/20
Response deadline 9/29/20
Plea Bargain cut-off 10/22/20          Detention hearing waived without prejudice

[✓] Defendant remanded to custody of U.S. Marshal     [ ] Defendant released on bond     [ ] Defendant remanded to custody for out-processing/pending completion of conditions

[✓] Orders to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-20-CR-65_20200902_130302