UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CR-65 |
| | ) | |
| vs. | ) | |
| | ) | |
| EMORY JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

At Defendant's initial appearance on **September 2, 2020**, Defendant and counsel conferred, after which Defendant's counsel announced that Defendant wished to waive a detention hearing without prejudice to requesting one subsequently. If Defendant later files a motion requesting a detention hearing, such a hearing will be scheduled promptly.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge