UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CR-65 |
| | ) | |
| vs. | ) | |
| | ) | |
| EMORY Q. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Defendant has filed a Motion for Extension of Motion Deadline [Doc. 19] wherein Defendant requests that the pretrial motions deadline be extended by one week. The Government does not oppose this motion. The Court finds Defendant's motion well-taken and **GRANTS** the motion. The pretrial motions deadline is extended to **September 22, 2020** and the Government's response deadline is also extended to **October 6, 2020**. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge