UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:20-CR-65 |
| | ) | |
| EMORY JACKSON | ) | |

<u>ORDER</u>

The Court **FINDS** that the continuing COVID-19 pandemic has caused the Court great concern. In light of the surging active COVID-19 cases in Northeast Tennessee, to best protect the public, the Court has postponed this jury trial to the later date. For reasons set forth in this order, the Court concludes more time is reasonably necessary for the protection of the public and also for counsel to prepare adequately for the trial itself.

As of the date of this order, Carter County has 1,180 confirmed and probable cases, Greene County has 1,169 confirmed and probable cases, Sullivan County has 2,231 confirmed and probable cases, and Washington County has 2,355 confirmed and probable cases. *See* Tennessee Department of Health, https://www.tn.gov/content/tn/health/cedep/ncov/data.html (last visited Sept. 30, 2020). The State of Tennessee has over 194,000 confirmed COVID-19 cases. *Id.* The Court has included a public health report graph prepared by the Tennessee Department of Health for the Northeast region of the state detailing the dramatic rise of new COVID-19 cases within the Court's jury pool region.



1

In light of the surging active COVID-19 cases in Northeast Tennessee, the Court believes it would not be in the best interests of the public to hold a jury trial. As a precaution, to best protect the public, the Court will postpone this jury trial to the later date. For reasons set forth in this order, the Court concludes more time is reasonably necessary for the protection of the public and also for counsel to prepare adequately for the trial itself.

All time between the filing of this order and the new trial date identified at that conference is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). As such, the Court sets the following deadlines for this matter:

| New Scheduling Dates | |
|---|---|
| Trial Date | **December 3, 2020, at 10:00 a.m.** <br> **U.S. District Judge J. Ronnie Greer** |
| Plea Agreement Deadline | **November 19, 2020** |
| Estimated length of trial | **2 days** |
| Requests for Special Jury Instructions | **5 days before trial** |

So ordered.

ENTER:

s/J. RONNIE GREER <br>
UNITED STATES DISTRICT JUDGE
