<small>AO 187 (Rev. 7/87) Exhibit and Witness List</small>

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Tennessee__

USA

V.

Jackson

**EXHIBIT AND WITNESS LIST**

Case Number: 2:20-CR-65

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cynthia Richardson Wyrick | Kateri Dahl | J. Russell Pryor |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/13/2020 | Jill Zobel | Jason Keeton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | | | | Officer Jeff Legault |
| 1 | | 10/13/2020 | x | x | Picture of Gun |
| 2 | | | x | x | Flash Drive of body cam footage. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

<small>Case 2:20-cr-00065-JRG-CRW   Document 31   Filed 10/14/20   Page 1 of 1   PageID #: 69</small>