UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:20-CR-65 |
| vs. | ) | |
| EMORY Q. JACKSON, | ) | |
| Defendant. | ) | |

**ORDER**

Defendant filed a Motion to Compel and/or Order Forensic Testing [Doc. 24]. The Motion requests that the Court order DNA and fingerprint testing of a firearm found during the August 7, 2020 police stop involving Defendant. The United States responded in opposition. [Doc. 28]. A hearing concerning the Motion was held on October 13, 2020.

At the hearing, parties informed the Court that the firearm at issue was presently being analyzed by Tennessee Bureau of Investigation and that Defendant's counsel would be provided with the results as soon as they were available. Accordingly, Defendant's Motion to Compel is **DENIED** as moot.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge