UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CR-65 |
| | ) | |
| vs. | ) | |
| | ) | |
| EMORY Q. JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Defendant filed a Motion to Exclude Evidence of Prior and/or Other Acts [Doc. 23]. The United States opposed the Motion. [Doc. 29]. A hearing concerning this matter was held on October 13, 2020.

Defendant requests that the Court exclude evidence of criminal convictions and prior bad acts at trial, specifically citing Federal Rules of Evidence 404 and 609. Pursuant to the Order on Discovery and Scheduling [Doc. 18], the Government must provide the requested disclosures at least seven (7) days in advance of trial absent changes made by the Court. [Doc. 18, pp. 4, 6-7]. After hearing brief argument from the parties on the matter, the Court took the matter under advisement until Monday, November 9, 2020. The parties are **DIRECTED** to notify the Court of any unresolved issues covered by the Motion no later than Friday, November 6, 2020.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge