UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:20-CR-65 |
| vs. | ) |
| EMORY Q. JACKSON, | ) |
| Defendant | ) |

## **ORDER**

The parties have filed a Joint Motion to Continue the Deadlines and Extend the Objection Period for the Report and Recommendation [Doc. 35] in this matter. A hearing on this Motion will be held by teleconference on **Tuesday, November 10, 2020 at 1:30 p.m.** Counsel shall join the hearing by calling 1-888-278-0296 and entering access code 1539438 at the appointed time.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge