IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *MOTION HEARING/SCHEDULING CONFERENCE*

USA vs **Emory Q. Jackson**  Date: November 10, 2020

Case No. **2:20-CR-65**  Time **1:40** to **2:00**

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Kateri Dahl via phone |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| *Emory Q. Jackson | J. Russell Pryor via phone |

**PROCEEDINGS:**

**RE: Motion to Continue [Doc. 35 ]**

✓ Opening statements by the Court

✓ Statements by counsel as to Motion to Continue

✓ No objections by government counsel

Dates selected for re-scheduling as follows:

Jury Trial from 12/3/20 to **2/11/21**
before the Honorable J. Ronnie Greer

Estimated length of trial 2 **DAYS**

Motion cut-off

Response deadline

Plea Bargain cut-off from 11/19/20 to 1/28/21

✓ Order to enter:

*Defendant's presence not required
I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-20-CR-65_20201110_134136