UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>v.<br>EMORY Q. JACKSON,<br>　　　　　Defendant. | No. 2:20-cr-65<br><br>Judges Greer/Wyrick |

## NOTICE OF APPEARANCE

The United States of America advises the Court, the defendant, and defense counsel that Luke A. McLaurin, Assistant United States Attorney, will represent the government as co-counsel in the above-styled case effective this date.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　J. Douglas Overbey
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　By:　　*s/ Luke A. McLaurin*
　　　　　　　　　　Luke A. McLaurin
　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　NY Bar No. 4623849
　　　　　　　　　　800 Market Street, Suite 211
　　　　　　　　　　Knoxville, Tennessee 37902
　　　　　　　　　　Luke.McLaurin@usdoj.gov
　　　　　　　　　　(865) 545-4167