UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:20-CR-65 |
| vs. | ) |
| EMORY Q. JACKSON, | ) |
| Defendant | ) |

## ORDER

The United States has filed a Motion to Extend the Deadline to Resolve Evidentiary Issues in Defendant's Motion to Exclude Bad Acts [Doc. 42]. The Government seeks a 14-day extension of the November 24, 2020 deadline to notify the Court of any unresolved issues regarding Defendant's Motion to Exclude Evidence of Prior and/or Other Acts. In support therefore, the Government states that Defendant contacted the United States on November 24, 2020 and specifically detailed which acts he is seeking to exclude. The Government avers that more time is needed to investigate whether Defendant's requests are feasible given that they involve the alteration of the video of Defendant's stop and search. Additionally, the United States has discussed this extension with Defendant's counsel and there is no objection to the extension.

The Court finds the United States' Motion [Doc. 42] well-taken and it is **GRANTED**. The deadline to notify the Court of any unresolved issues regarding Defendant's Motion to Exclude Evidence of Prior and/or Other Acts shall be extended by 14 days, up to and including **December 8, 2020**.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge