# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE, SITTING AT GREENEVILLE

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Case No. 2:20-CR-65 |
| ) | |
| EMORY Q. JACKSON. ) | |

## JOINT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO OBJECTIONS TO REPORT AND RECOMMENDATION

Comes now Defendant, EMORY Q. JACKSON (hereinafter referred to as "Defendant"), by and through counsel, and states as follows:

1. Both Defendant and the government filed objections (Docs. 41 and 43) to the Report and Recommendation (Doc. 34) issued by the United States Magistrate in this cause.

2. The deadline for the parties to file responses to the above-described objections is December 8, 2020 (Order, Doc. 38, p. 2).

3. Defendant, thru the undersigned counsel, and the government, thru its counsel of record, Kateri L. Dahl, have agreed that the deadline for responding to objections to the Report and Recommendation (Doc. 34) should be extended seven (7) days.

WHEREFORE, the parties pray that the deadline for responding to the objects to the Report and Recommendation (Doc. 34) be extended to December 15, 2020, and for such other and further relief to which they may prove themselves entitled.

Respectfully submitted,

s/J. Russell Pryor
_____
J. RUSSELL PRYOR,
Attorney for Defendant
206 S. Irish St.
Greeneville, TN 37743
(423) 639-0255

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/J. Russell Pryor

_____

J. RUSSELL PRYOR