UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:20-CR-65 |
| | ) | |
| EMORY JACKSON | ) | |

ORDER

It is hereby ORDERED that the parties' joint motion for an extension of time to respond to objections to the report and recommendation, [Doc. 45], is GRANTED. The government shall have until December 15, 2020 to file responses.

So ordered.

ENTER:

                                                s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE