UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:20-CR-65 |
| v. ) | JUDGE GREER |
| ) | |
| EMORY Q. JACKSON ) | |

### SECOND MOTION TO EXTEND THE DEADLINE TO RESOLVE EVIDENTIARY ISSUES IN DEFENDANT'S MOTION TO EXCLUDE BAD ACTS

Comes now, the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and hereby files this Second Motion to Extend the Deadline to Resolve Evidentiary Issues in the Defendant's Motion to Exclude Bad Acts (Doc. 35) and would show the following in support of:

1. The defendant Emory Q. Jackson was indicted by the federal Grand Jury on September 1, 2020 in a one count indictment.

2. On September 22, 2020, the defendant filed a Motion to Suppress and a Motion to Exclude Evidence of Prior and/or Other Acts in this matter. The evidentiary hearing was held on October 13, 2020.

3. The Court subsequently ordered the government and the defendant to notify the Court of any unresolved issues regarding the defendant's Motion to Exclude Evidence of Prior and/or Other Acts by November 6, 2020.

4. The government filed a joint motion with the defendant to extend the deadline to address the evidentiary issues, which was granted on November 12, 2020. The Court ordered the government to notify the Court about unresolved issues by November 24, 2020.

5. On November 24, 2020, the defendant contacted the government and specifically detailed which prior bad acts he would be seeking to exclude. The government filed a motion to

extend the deadline, and was ordered to notify the Court by December 8, 2020.

6. On December 8, 2020, the government consulted with the defendant's counsel and both parties agreed that more time is needed to thoroughly investigate whether the defendant's requests are feasible, as the defendant has requested that the video of the stop and search be altered to exclude footage of a pipe that appears in the defendant's possession. Since the defendant's requests require more time to research and address, the government would respectfully request that an additional 14-day extension be granted to address the outstanding issues.

WHEREFORE, the United States respectfully requests that this Court grant the relief sought herein.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By:   s/ ***KATERI L. DAHL***

KATERI L. DAHL
Special Assistant U.S. Attorney
DC BAR: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2020, a true and accurate copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

s/ *KATERI L. DAHL*

KATERI L. DAHL
Special Assistant U.S. Attorney
DC BAR: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759