UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:20-CR-65 |
| vs. | ) |
| EMORY Q. JACKSON, | ) |
| Defendant | ) |

## ORDER

The United States has filed a Second Motion to Extend the Deadline to Resolve Evidentiary Issues in Defendant's Motion to Exclude Bad Acts [Doc. 47]. The Government seeks an additional 14-day extension of the deadline to notify the Court of any unresolved issues regarding Defendant's Motion to Exclude Evidence of Prior and/or Other Acts. In support therefore, the Government states that counsel for Defendant and the Government consulted on December 8, 2020 and agreed that more time is needed to investigate whether Defendant's requests are feasible given that they involve the alteration of the video of Defendant's stop and search.

The Court finds the United States' Motion [Doc. 47] well-taken and it is **GRANTED**. The deadline to notify the Court of any unresolved issues regarding Defendant's Motion to Exclude Evidence of Prior and/or Other Acts shall be extended by 14 days, up to and including **December 22, 2020**.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge