UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:20-CR-65 |
| | ) | JUDGE GREER |
| EMORY Q. JACKSON | ) | |

## JOINT MOTION FOR EXTENSION OF DEADLINE
## TO RESPOND TO OBJECTIONS TO REPORT AND RECOMMENDATION

Comes now United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and states as follows:

1. A Report and Recommendation was issued by the United States Magistrate Judge on October 30, 2020 (D. 34).

2. Both the government and Defendant filed objections to the Report and Recommendation (D. 41, D. 43).

3. On December 1, 2020, a joint motion was filed by Defendant and the government requesting an extension of time to file responses (D. 45).

4. The motion was granted by the Court, extending the deadline up to December 15, 2020 (D. 46).

5. The government and Defendant, through counsel, would request an additional seven (7) days in order to properly prepare their responses.

WHEREFORE, the parties respectfully request that the deadline for responding to the objections to the Report and Recommendation be extended up to and including December 22, 2020.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

s/ **KATERI L. DAHL**

KATERI L. DAHL
Special Assistant U.S. Attorney
DC BAR: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2020, a true and accurate copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

s/ *KATERI L. DAHL*

KATERI L. DAHL
Special Assistant U.S. Attorney
DC BAR: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759