# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:20-CR-65 |
| v. ) | JUDGE GREER |
| ) | |
| EMORY Q. JACKSON ) | |

## MOTION TO CONTINUE THE PLEA DEADLINE AND TRIAL DATE

Comes now, the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and hereby files this Motion to Continue the Plea Deadline and Trial Date and would show the following in support of:

1. The defendant Emory Q. Jackson was indicted by the federal Grand Jury on September 1, 2020 in a one count indictment.

2. The plea deadline in this case was set on January 28, 2020, with a trial date on February 11, 2021.

3. On December 15, 2020, the government and the defendant through counsel filed a Joint Motion for Extension of Time to File Responses to Objections of the Report and Recommendation (Doc. 49).

4. If the Extension Motion (Doc. 49) is granted, it would shorten the period for plea negotiations. The government has discussed this with the defendant's counsel and agrees that it is necessary to continue the trial and the plead deadline, in order to give the defendant more time to address any plea negotiations.

WHEREFORE, the United States respectfully requests that this Court grant the relief sought herein.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: s/ ***KATERI L. DAHL***

KATERI L. DAHL
Special Assistant U.S. Attorney
DC BAR: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December, 2020, a true and accurate copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

s/ ***KATERI L. DAHL***

KATERI L. DAHL
Special Assistant U.S. Attorney
DC BAR: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759