UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:20-CR-65 |
| vs. | ) |
| EMORY Q. JACKSON | ) |
| Defendants | ) |

## **ORDER**

The United States has filed a Motion to Continue the Plea Deadline and Trial Date [Doc. 50] in this matter. A hearing will be held on this motion by teleconference on **Thursday, December 17, 2020 at 2:45 p.m.** Counsel for all parties shall participate in the conference by calling 1-888-278-0296 and using access code 1539438 at the appointed time.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge