IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *MOTION HEARING/SCHEDULING CONFERENCE*

USA vs **Emory Q. Jackson**                     Date: December 17, 2020

Case No. **2:20-CR-65**                          Time 2:40          to 2:45

====================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Kateri Dahl |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

====================================================================

DEFENDANT                                              DEFENSE ATTORNEY

\*Emory Q. Jackson                                    J. Russell Pryor


**PROCEEDINGS:**

**RE: Motion to Continue [Doc. 11 ]**

[✓] Opening statements by the Court

[✓] Statements by counsel as to Motion to Continue

[✓] No objections by government counsel

Dates selected for re-scheduling as follows:

Jury Trial   from 2/11/21        to **3/9/21**
                before the Honorable J. Ronnie Greer

Estimated length of trial 2    **DAYS**

Motion cut-off _____

Response deadline _____

Plea Bargain cut-off  from 1/28/21     to 2/23/21

[✓] Order to enter:

*Defendant's presence not required    *all participants via phone
I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
 dcr_2-20-CR-65_20201217_144104