UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EMORY Q. JACKSON, ) <br> ) <br> Defendant. | **2:20-CR-65** |

**ORDER**

Parties filed a Joint Motion for Extension of Deadline to Respond to Objections to Report and Recommendation [Doc. 49] in which they asked the Court to extend the response period up to and including December 22, 2020. The Government then separately filed a Motion to Continue [Doc. 50]. In its motion, the Government averred it had spoken with defense counsel and counsel had determined a brief extension of the trial date and plea deadlines would be necessary given the shortened time between the extended response period and the existing plea deadline. At a motions hearing held on December 17, 2020, the Court advised parties that it would only allow an extension of the response period if the trial date and plea deadline were also moved. Parties have shown good cause to grant the relief requested in the joint motion for an extension of time but in granting that relief, the Court further determined that the trial date must be moved. While defense counsel noted he did not have the authority to agree to a continuance because he had not had the opportunity to confer with his client, he also noted that it was in his client's best interest to have more time to respond to objections made by the Government to this Court's Report and Recommendation. The

Court specifically finds that this additional response time benefits Defendant. The Court also observes that COVID-19 continues to play a significant role in complicating litigation. As such the Court **GRANTS** the Joint Motion [Doc. 49] and the Government's Motion to Continue [Doc. 50] the trial in this matter.

The Court sets the following deadlines for this matter:

| New Scheduling Dates | |
| --- | --- |
| Trial Date | **March 9, 2021 at 9:00 a.m. before Senior U.S. District Judge J. Ronnie Greer** |
| Estimated length of trial | **2 days** |
| Responses to Objections to the Report and Recommendation Due | **December 22, 2020** |
| Plea Agreement Deadline | **February 23, 2021** |
| Requests for Special Jury Instructions | **5 days before trial** |

For the reasons stated above and those set forth in Standing Order 20-21 which canceled all jury trials in the District from November 30, 2020 through January 15, 2021, all time between the filing of this order and the new trial date identified above is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

If Defendant and the United States enter into a plea agreement, a copy of the fully executed agreement shall be filed on or before the plea deadline identified above with an exact copy

simultaneously furnished to the chambers of the district judge. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

    SO ORDERED:

                                        s/ Cynthia Richardson Wyrick
                                        United States Magistrate Judge