UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,     )
     )
     Plaintiff,     )     2:20-CR-65
     )
vs.     )
     )
EMORY Q. JACKSON     )
     )
     Defendants     )
     )

## **ORDER**

The parties have filed a Joint Notice Regarding Outstanding Evidentiary Issues [Doc. 55] as directed by the Court's prior Order [Doc. 33]. An evidentiary hearing will be held before the undersigned to address all unresolved evidentiary issues listed in the Notice [Doc. 55] on **February 12, 2021 at 9:00 a.m.**

Defendant's presence is REQUIRED.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge