UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:20-CR-65 |
| vs. | ) | |
| EMORY Q. JACKSON | ) | |
| Defendant. | ) | |

ORDER

The parties previously filed a Joint Notice Regarding Outstanding Evidentiary Issues [Doc. 55] as directed by the Court's prior Order [Doc. 33]. An evidentiary hearing was then set for February 12, 2021. The hearing is reset for **Monday, February 22, 2021 at 9 a.m.** As previously noted, Defendant's presence is REQUIRED at the hearing.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge