UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:20-CR-65 |
| | ) | |
| EMORY JACKSON | ) | |

## ORDER

The trial in this case is reset and will commence on <u>March 23, 2021 at 9:00 a.m</u>. The Court has reset the trial in order to accommodate courthouse preparations for an in-person jury trial during the COVID-19 pandemic. The plea deadline of February 23, 2021 remains the same.

So ordered.

ENTER:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE