# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *MOTION HEARING*

USA vs **Emory Q Jackson**  Date: February 22, 2021

Case No. **2:20-cr-65**  Time 9:03 a.m. to 9:23

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Arlene Pape | Lisa Anderson | Kateri Dahl |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

**DEFENDANT**  **DEFENSE ATTORNEY**

Emory Q Jackson  J. Russell Pryor

**PROCEEDINGS:**

RE: Motion to Exclude Evidence, Doc. 23

- [✓] Opening statements by the Court
- [✓] Opening statements by defendant; [✓] government
- [ ] Witness(es) sworn; [ ] Rule of sequestration requested
- [✓] Oral argument by [✓] government; [✓] defendant
- [ ] Proof offered by government; [ ] defendant
- [✓] Closing statements by defendant; [✓] government
- [✓] Defendant remanded to custody of U.S. Marshal — Court is to reserve ruling at this time
- [✓] Motion hearing continued to **3/1/21 @ 11:00 a.m.** — Parties are to file Notice to Court no later than 8:00 a.m. on 3/1/21
- [✓] Order to enter