UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:20-CR-65 |
| vs. | ) | |
| EMORY Q. JACKSON | ) | |
| Defendant. | ) | |

ORDER

The parties previously filed a Joint Notice Regarding Outstanding Evidentiary Issues [Doc. 55] as directed by the Court's prior Order [Doc. 33]. An evidentiary hearing was then held February 22, 2021. At the hearing the parties notified the Court that other evidentiary issues would need to be addressed in light of the District Court's Memorandum Opinion and Order [Doc.59] on this Court's Report and Recommendation [Doc. 34], and further noted that the parties had not yet had the opportunity to confer as to those issues but if given the chance to do so could streamline and narrow the additional issues for resolution. Given these developments, the Court orders as follows:

1. On or before **March 1, 2021 at 8 a.m.**, the parties shall file a joint notice advising the Court of what additional evidentiary issues remain for resolution.

2. To the extent that the parties have not previously set forth their legal arguments in writing addressing the additional issues identified, they shall do so by **March 1, 2021 at 8 a.m**.

3. A hearing on remaining evidentiary issues will then be held **on March 1, 2021 at 11 a.m.** to address remaining evidentiary issues. Defendant's presence is **REQUIRED**.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge