UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
)
v. ) No. 2:20-CR-65
)
EMORY JACKSON )

ORDER

It is hereby ORDERED that the parties' joint motion for the extension of the plea agreement deadline, [Doc. 63], is GRANTED. The plea deadline is extended until **Tuesday, March 2, 2021**.

So ordered.

ENTER:

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

1