# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *MOTION HEARING*

USA vs **Emory Q Jackson**  Date: March 1, 2021

Case No. **2:20-cr-65**  Time 11:07 a.m. 12:20 a.m. to 11:33 a.m. 12:04 a.m.

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Arlene Pape | Lisa Anderson | Kateri Dahl |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

**DEFENDANT**  **DEFENSE ATTORNEY**
Emory Q Jackson  J. Russell Pryor

**PROCEEDINGS:**

RE: Motion to Exclude [Doc. 23 ]

☑ Opening statements by the Court

☑ Opening statements by defendant; ☑ government

☐ Witness(es) sworn; ☐ Rule of sequestration requested

☑ Oral argument by ☑ government; ☑ defendant

☐ Proof offered by government; ☐ defendant

☐ Closing statements by defendant; ☐ government

☑ Defendant remanded to custody of U.S. Marshal

☐ Defendant to remain on bond

☑ Order to enter