## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE, SITTING AT GREENEVILLE

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Case No. 2:20-CR-65 |
| | ) |
| EMORY Q. JACKSON. | ) |

## THIRD JOINT NOTICE REGARDING OUTSTANDING EVIDENTIARY ISSUES

After conferring further regarding the various evidentiary issues, the government and Defendant, by and through the undersigned counsel, with reference to paragraph 6 of their Second Joint Notice Regarding Outstanding Evidentiary Issues, hereby memorialize their agreement regarding the MP4 video file provided in discovery entitled "ch03_20200807112512." Said video file contains an interview of Defendant by Officer Jeff Legault of the Johnson City Police Department at police headquarters on August 7, 2020, and the interview is located at 34:34-48:20 of the video. The parties have previously agreed that, for use at trial, the government will delete from the video everything prior to 34:34 and everything after 48:20 (Doc. 65, Second Joint Notice Regarding Outstanding Evidentiary Issues, pp. 2-3, ¶6). The parties further agree that, for use at trial, the video will be further edited by the government as follows:

1. 35:15-35:18 - The government shall edit said portion of the video so as to mute the audio.

2. 40:45-41:18 - Said portion of the video shall be completely deleted by the government.

3. 41:50-43:50 - Said portion of the video shall be completely deleted by the government.

4. 44:18-47:44 - Said portion of the video shall be completely deleted by the government.

5. 48:09-end - Said portion of the video shall be completely deleted by the government.

Respectfully submitted this the 2nd day of Mach, 2021.

J. DOUGLAS OVERBEY,
United States Attorney


By: s/KATERI L. DAHL
_____
KATERI L. DAHL
Special Assistant U.S. Attorney
D.C. BAR #: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759


s/J. RUSSELL PRYOR
_____
J. RUSSELL PRYOR,
Attorney for Defendant
B.P.R. #: 018188
206 South Irish Street
Greeneville, TN 37743
jrussellpryor@comcast.net
(423) 639-0255