UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:20-CR-65 |
| | ) |
| EMORY JACKSON | ) |

ORDER

The Court hereby notifies the parties that the trial will commence on Tuesday, **March 23, 2021 at 9:00 a.m.** at the James H. Quillen United States Courthouse in Greeneville, Tennessee in Courtroom 420 before the Honorable J. Ronnie Greer. It is hereby ORDERED that the Lafler-Frye hearing is set for Monday, **March 22, 2021 at 11:30 a.m**. Additionally, all subpoenas previously issued in this case shall remain in effect and should reflect the trial time of March 23, 2021 at 9:00 a.m.

So ordered.

ENTER:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE