# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:   STATUS CONFERENCE

USA v   EMORY Q. JACKSON                          Date:    03/08/21

Case No.  CR-2-20-65                      Time   11:35 a.m.  To 12:06 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

===============================================================

| Russ Pryor | Kateri Dahl |
|---|---|
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Pre Trial Status Conference Held