

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## GREENEVILLE DIVISION

MAR 0 9 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES OF AMERICA    )
    )
    )
**v.**    )    **No. 2:20-CR-65**
    )    **JUDGE GREER**
    )
**EMORY Q. JACKSON**    )

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about January 14, 2020, in the Eastern District of Tennessee, defendant EMORY Q. JACKSON, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a Stroeger 8040-F .40 caliber handgun, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

### COUNT TWO

The Grand Jury further charges that on or about August 7, 2020, in the Eastern District of Tennessee, defendant EMORY Q. JACKSON, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, an RG Industries RG23 revolver, which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT THREE

The Grand Jury further charges that on or about August 7, 2020 within the Eastern District of Tennessee, the defendant EMORY Q. JACKSON, did knowingly and intentionally possess a firearm, to wit: an RG Industries RG23 revolver, which had the manufacturer's serial number removed and obliterated and which had been shipped and transported in interstate commerce.

[18 U.S.C. § 922(k)]

## FIREARMS FORFEITURE ALLEGATIONS

The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922, the defendant, EMORY Q. JACKSON, shall forfeit to the United States of America any firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

    a. RG Industries RG23 revolver.

    b. Stroeger 8040-F .40 caliber handgun; and

    c. Ammunition.

If any of the properties described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

TRUE BILL:

FOREPERSON

FRANCIS M. HAMILTON, III
Acting United States Attorney

By:

KATERI L. DAHL
Special Assistant U.S. Attorney