# CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

Defendant Name:   EMORY Q. JACKSON

Place of Offense (City & County):   Johnson City/Washington County    20-65

Juvenile: Yes ___   No _X_    Matter to be Sealed: Yes ___   No _X_    JRG2

Interpreter: No _X_   Yes ___   Language: _____

Total # of Counts: ___ Petty   ___ Misdemeanor (Class ___)   _3_ Felony

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | Possession of a firearm(s) or ammunition by a prohibited person (convicted felon) in violation of 18 U.S.C. § 922(g). | Y | 1 | |
| | Possession of a firearm(s) or ammunition by a prohibited person (convicted felon) in violation of 18 U.S.C. § 922(g). | N | | 2 |
| | Possession of a firearm(s) with the serial number obliterated in violation of 18 U.S.C. § 922(k). | Y | 3 | |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set): _____   before Judge _____

Criminal Complaint Filed: No ___   Yes ___   Case No. _____

Defendant on Supervised Release: Yes ___   No x ___

Violation Warrant Issued? No ___   Yes ___   Case No. _____

## Criminal Informations:

Pending criminal case:   No ___   Yes _x_    Case No. _____

New Separate Case _____    Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____    Appointed: _____

Date: March 9, 2021    Signature of SAUSA: *s/Kateri L. Dahl*