UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:20-CR-65 |
| | ) | |
| EMORY Q. JACKSON | ) | |

## NOTICE OF INTENT TO USE COURTROOM TECHNOLOGY

Comes now the United States of America, by and through Francis M. Hamilton, III, Acting United States Attorney for the Eastern District of Tennessee, and gives notice that the United States plans to utilize the courtroom's electronic technology at the jury trial of *United States v. Emory Q. Jackson,* scheduled for March 23, 2021, at 9:00.

Respectfully submitted,

FRANCIS M. HAMILTON, III
Acting United States Attorney

By:   s/ ***KATERI L. DAHL***
KATERI L. DAHL
Special Assistant U.S. Attorney
DC BAR: 888241224
220 West Depot Street, Ste. 423
Greeneville, TN 37743
kat.dahl@usdoj.gov
(423) 639-6759