UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:20-CR-65 |
| | ) | |
| EMORY Q. JACKSON | ) | |

## NOTICE OF APPEARANCE

To the clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the United States. I certify that I am admitted to practice in this court.

Respectfully submitted, this March 10, 2021.

                                              FRANCIS M. HAMILTON III
                                              Acting United States Attorney

By:   s/ *Meghan L. Gomez*
        MEGHAN L. GOMEZ
        Assistant U.S. Attorney
        FL Bar# 68858
        220 West Depot Street, Ste. 423
        Greeneville, TN 37743
        423/639-6759
        Meghan.Gomez@usdoj.gov