IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *MOTION HEARING*

USA vs EMORY Q. JACKSON                     Date: March 15, 2021

Case No. 2:20-CR-65                     Time 9:38 a.m.     to 10:09 a.m.

===============================================================
Honorable **J. Ronnie Greer**     ,U.S. District Judge, Presiding

Leah Kingry                     Karen Bradley                     Kat Dahl/Meghan Gomez
Deputy Clerk                     Court Reporter                     Asst. U.S. Attorney
===============================================================

DEFENDANT                                              DEFENSE ATTORNEY
Emory Q. Jackson                                       J. Russell Pryor

**PROCEEDINGS:**

**Re: Motion to Withdraw as Attorney and Notice Regarding Trial     [Doc. 77]**

☑ Opening statements by the Court

☑ Oral arguments by counsel for ☑ denfendant ☐ government

☑ No objections by government counsel

☑ Motion for Attorney Withdraw **granted**

☑ Attorney Helen N. Himebaugh appointed

☑ Trial rescheduled to: **May 11, 2021 at 9:00 a.m.**

☑ Orders to enter