UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) No. 2:20-CR-65 |
| | ) |
| EMORY JACKSON | ) |

## ORDER

Defendant's counsel filed a Motion to Withdraw, [Doc. 77], alleging a breakdown of the attorney-client relationship. Defendant, his present counsel, J. Russell Pryor, Esq., and Assistant United States Attorneys, Kateri Dahl and Meghan Gomez, appeared in-person before the Court on the motion.

The Court inquired about the grounds for the motion during a sealed portion of the hearing. The Court finds the motion well-taken and it is **GRANTED**. In granting the motion, the Court does not find that the representation Defendant received from his current counsel was deficient in any manner, as counsel appears to have been a zealous advocate for Defendant, but it does appear that the attorney client relationship has been broken beyond repair. Ms. Nikki Himebaugh, Esq., a member in good standing with the CJA Panel in this division, is hereby appointed to represent Defendant. The transcript of the March 15, 2021 hearing is **SEALED** and may not be released without prior approval by the Court.

The Court *sua sponte* **CONTINUES** the March 23, 2021 to give new counsel adequate opportunity to prepare for trial, and to engage in whatever motion practice is necessary due to the superseding indictment. The trial is **RESET** to May 11, 2021.

Therefore, it is hereby **ORDERED** that the following deadlines for this matter be set as follows:

| | |
|---|---|
| Trial Date | May 11, 2021, at 9:00 a.m. <br> U.S. District Judge J. Ronnie Greer in Greeneville, TN |
| Estimated length of trial | 3 days |
| Requests for Special Jury Instructions | 5 days before trial |

1

| Plea Deadline | April 27, 2021 |
|---|---|
| Requests for Special Jury Instructions | April 13, 2021 |

For the reasons stated above, all time between the filing of this order and the new trial date identified above is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

So ordered.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE