UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:20-CR-65 |
| | ) | |
| vs. | ) | |
| | ) | |
| EMORY Q. JACKSON, | ) | |
| Defendants. | ) | |

**ORDER**

A Superseding Indictment was returned in this matter on March 9, 2021. Defendant may waive initial appearance on this indictment by filing a Rule 10(b) waiver by **Monday, March 29, 2021**. If Defendant does not file a waiver by this date he will be scheduled to appear for an arraignment before the Court on the Superseding Indictment.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge