# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **2:20-CR-65** |
| | ) | |
| vs. | ) | |
| | ) | |
| EMORY JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

The Court previously entered an Order continuing the trial in this matter to May 11, 2021. [Doc. 79]. In doing so, the Court provided a deadline for special jury instructions which the Court has identified as a scrivener's error. Specifically, the previous Order stated requests for special jury instructions were due April 13, 2021. The following deadline is modified by this Order:

| **Modified Scheduling Date** | |
|---|---|
| Requests for Special Jury Instructions | **5 days before trial** |

All dates not expressly modified by the Order shall remain in full effect.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge