UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CR-65 |
| | ) | |
| vs. | ) | |
| | ) | |
| EMORY JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court previously entered an Order continuing the trial in this matter to May 11, 2021. [Doc. 79]. In doing so, the Court inadvertently listed the deadline for special jury instructions as April 13, 2021 when it intended this to be the deadline for the filing of pretrial motions. The parties are hereby notified that the deadline for filing pretrial motions in this cause is **April 13, 2021**. All dates not expressly modified by the Order shall remain in full effect.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge