UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:20-CR-65 |
| | ) |
| EMORY JACKSON | ) |

### ORDER

It is hereby ORDERED that the defendant's motion to file documents under seal, [Doc. 83], is GRANTED. The United States District Court Clerk is DIRECTED to place said documents under seal pending further order of this Court. [Doc. 84].

So ordered.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE

1