# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:   Motion Hearing

USA v    EMORY Q. JACKSON                              Date:    05/24/21

Case No.  CR-2-20-65                    Time  1:03 p.m.   To  1:15 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

| Plaintiff's Attorney(s) | Defendant's Attorney(s) |
|---|---|
| Nikki Himebaugh | Kateri Dahl / Meghan Gomez |

RE:

Defendant's 2nd Motion to Continue Jury Trial [Doc. 88] - **GRANTED**

**ORDER TO ENTER**