UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:20-CR-65 |
| v. | ) | JUDGE GREER |
| | ) | |
| EMORY Q. JACKSON | ) | |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW, the United States of America, by and through the Acting United States Attorney for the Eastern District of Tennessee, and files this Motion to Substitute Counsel in this case. The United States requests that Assistant United States Attorney Meghan L. Gomez be substituted as counsel in this case and Assistant United States Kateri L. Dahl, who currently represents the United States in this case, be removed.

Respectfully submitted, this the 29th day of July, 2021.

FRANCIS M. HAMILTON, III
Acting United States Attorney

By: *s/ Meghan L. Gomez*
MEGHAN L. GOMEZ
Assistant U.S. Attorney
BPR# FL 068858
220 West Depot Street, Ste. 423
Greeneville, TN 37743
(423) 639-6759
Meghan.Gomez@usdoj.gov