UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:20-CR-65 |
| vs. | ) ) ) | |
| EMORY Q. JACKSON, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The United States has filed a Motion to Substitute Counsel [Doc. 92]. In its motion, the government moves to substitute Assistant United States Attorney Meghan L. Gomez as counsel and remove Assistant United States Attorney Kateri L. Dahl. The motion is **GRANTED**. The Clerk of Court is **DIRECTED** to remove Ms. Dahl and substitute Ms. Gomez as counsel of record in this case.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge