UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:20-CR-65 |
| | ) |
| EMORY Q. JACKSON | ) |
| | ) |

MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW the Defendant, by and through undersigned counsel, and moves this Honorable Court enter an Order directing the Clerk of the Court to file under seal a Motion for Relief to be subsequently filed by counsel. Filing under seal is necessary to prevent disclosure of information potentially detrimental to the Defendant, or his immediate family.

Respectfully Submitted,

s/*H. Nikki Himebaugh*
H. Nikki Himebaugh, Counsel for Defendant
TN BPR# 027684
112 E. Myrtle Ave., Ste. 402
Johnson City, TN 37601
Telephone: (423) 557-5321
Facsimile: (877) 456-6069
Email: legalhelp1001@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of August 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Respectfully Submitted,

s/*H. Nikki Himebaugh,*
Counsel for Defendant

1