UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EMORY JACKSON, )<br>)<br>Defendant ) | 2:20-CR-65 |

## ORDER

This matter is before the Court on Defendant's Motion for Leave to File Document Under Seal [Doc. 95]. The Motion is **GRANTED** and the Clerk is directed to file the Proposed Sealed Document [Doc. 96] under seal.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge