UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:20-CR-65 |
| vs. | ) |
| EMORY Q. JACKSON, | ) |
| Defendant | ) |

**ORDER**

Defendant has filed a Sealed Motion in Limine [Doc. 98]. An evidentiary hearing on this motion will be held before the undersigned on **Tuesday, August 10, 2021 at 9:00 a.m.**

Defendant's presence is REQUIRED.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge