# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CRIMINAL MINUTES: *MOTION HEARING*

USA vs **Emory Q Jackson**　　　　Date: August 10, 2021

Case No. **2:20-cr-65**　　　　Time: 10:35 a.m. to 11:22 a.m.

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Arlene Pape | DCR | Meghan Lynn Gomez |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Emory Q Jackson | Helen Nicole Himebaugh |

**PROCEEDINGS:**

　　RE: Sealed Motion, Doc. 98

- [✓] Opening statements by the Court
- [✓] Opening statements by defendant; [✓] government
- [ ] Witness(es) sworn; [ ] Rule of sequestration requested
- [✓] Oral argument by [✓] government; [✓] defendant
- [✓] Proof offered by government; [✓] defendant
- [✓] Closing statements by defendant; [✓] government
- [✓] Defendant remanded to custody of U.S. Marshal
- [ ] Defendant to remain on bond
- [✓] Order to enter

I, Arlene Pape, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file: dcr_2-20-CR-65_20210810_084801