AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

UNITED STATES OF AMERICA

V.

EMORY Q JACKSON

**EXHIBIT AND WITNESS LIST**

Case Number: 2:20-CR-65

| PRESIDING JUDGE<br>CYNTHIA RICHARDSON WYRICK | PLAINTIFF'S ATTORNEY<br>MEGHAN LYNN GOMEZ | DEFENDANT'S ATTORNEY<br>HELEN NICOLE HIMEBAUGH |
|---|---|---|
| TRIAL DATE (S)<br>08/10/2021 | COURT REPORTER<br>DCR | COURTROOM DEPUTY<br>ARLENE PAPE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/10/2021 | X | X | Facebook Google Chrome File Path Name: 15-12-32 - Photograph |
|  | 2 |  | X | X | Facebook Google Chrome File Path Name: 15-12-52 - Photograph |
|  | 3 |  | X | X | Facebook Google Chrome File Path Name: 15-13-16 - Photograph |
|  | 4 |  | X | X | Facebook Google Chrome File Path Name: 15-49-29 - Photograph |
|  | 5 |  | X | X | Facebook Google Chrome File Path Name: 18-09-53 - Photograph |
|  | 6 |  | X | X | Facebook Google Chrome File Path Name: 12-56-46 - Video |
|  | 7 |  | X | X | Facebook Google Chrome File Path Name: 13-16-09 - Video |
|  | 8 |  | X | X | Facebook Google Chrome File Path Name: 17-07-42 - Video |
|  | 9 |  | X | X | Facebook Google Chrome File Path Name: 17-11-31 - Video |
|  | 10 |  | X | X | Facebook Google Chrome File Path Name: 17-16-24 - Video |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages