UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:20-CR-065 |
| | ) | JUDGE GREER |
| EMORY Q. JACKSON | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Your petitioner, the United States of America, by and through Francis M. Hamilton III, Acting United States Attorney for the Eastern District of Tennessee, respectfully shows:

That a *Jury Trial* is to be convened in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, *on September 7, 2021 at 9:00 a.m.*, and that JOSHUA ANDERSON is a material witness for the Government in matters to be presented to the said United States District Court. That JOSHUA ANDERSON is in the custody of the Washington County Detention Center, at Jonesborough, Tennessee.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Sheriff, Washington County Detention Center, at Jonesborough, Tennessee, commanding him/her to produce said JOSHUA ANDERSON, before this Court to testify in matters to be presented to said United States District Court and to be returned to the Sheriff, Washington County Detention Center, at Jonesborough, Tennessee, as soon as he is no longer needed as a witness before said United States District Court. If the Sheriff, Washington County Detention Center, at Jonesborough, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said JOSHUA

ANDERSON, into his custody and possession at said Washington County Detention Center, at Jonesborough, Tennessee, and under safe and secure conduct to have him before this Court and the said United States District Court at the time and place aforesaid, under safe and secure conduct, and redeliver him to the Sheriff, Washington County Detention Center, at Jonesborough, Tennessee, as aforesaid.

FRANCIS M. HAMILTON III
Acting United States Attorney

By: *s/ Meghan L. Gomez*
MEGHAN L. GOMEZ
Assistant U.S. Attorney
FL Bar No.: 68858
220 W. Depot Street, Suite 423
Greeneville, Tennessee 37743
Meghan.Gomez@usdoj.gov
(423) 639-6759