UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA )
) 2:20-CR-065
v. ) JUDGE GREER
)
EMORY Q. JACKSON )

ORDER

On the petition of the United States of America by Francis M. Hamilton III, Acting United States Attorney for the Eastern District of Tennessee,

IT IS ORDERED that the Clerk of this Court be and hereby is instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Sheriff , Washington County Detention Center, at Jonesborough, Tennessee, to bring JOSHUA ANDERSON, before this United States District Court at Greeneville, Tennessee, on **September 7, 2021, at 9:00 a.m.**, as a witness before the United States District Court, and to be returned to said Sheriff, Washington County Detention Center, at Jonesborough, Tennessee, as soon as he is no longer needed as a witness before the said United States District Court.

And it is further ORDERED that in the event the Sheriff, Washington County Detention Center, at Jonesborough, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any duly authorized United States Marshal, is directed to receive said JOSHUA ANDERSON into his custody and transport him to and from said Washington County Detention Center, at Jonesborough, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:


Cynthia Richardson Wyrick
United States Magistrate Judge