UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.: 2:20-CR-065 |
| v. ) | |
| ) | |
| EMORY Q. JACKSON ) | |

**UNITED STATES' AND DEFENDANT'S STIPULATION AS TO
DEFENDANT'S MOTION IN LIMINE NO. 1**

The United States of America, by the Acting United States Attorney for the Eastern District of Tennessee, and defendant Emory Q. Jackson, and his attorney, H. Nicole Himebaugh, hereby stipulate and agree, for the purposes of this trial, to the following, as to the defendant's motion to preclude the introduction of videos and images of, or reference to the defendant's possession of firearms in this case (Doc. 98):

The United States will not introduce the below listed images and videos (as numbered in Court Hearing Exhibit List, Doc. 109):

1. Facebook Google Chrome File Path Name: 15-12-32.pgn

2. Facebook Google Chrome File Path Name: 15-12-52.pgn

3. Facebook Google Chrome File Path Name: 15-13-16.pgn

4. Facebook Google Chrome File Path Name: 15-49-29.pgn

6. Facebook Google Chrome File Path Name: 12-56-46.mp4

However, the United States retains the right, should the defendant open the door during cross examination, to impeach the defendant and offer rebuttal in regard to the defendant's possession of other firearms unrelated to the charged firearms in this indictment.

Respectfully submitted, this Monday, August 16, 2021.

                                                      FRANCIS M. HAMILTON III
Acting United States Attorney

By:    s/ *Meghan L. Gomez*
        MEGHAN L. GOMEZ
        Assistant United States Attorney

        s/ *H. Nicole Himebaugh*
        H. Nicole Himebaugh
        Attorney for Defendant