UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:20-CR-065 |
| v. | ) | JUDGE GREER |
| | ) | |
| EMORY Q. JACKSON | ) | |

## NOTICE OF APPEARANCE

To the clerk of this Court and all parties of record:

Please enter my appearance as co-counsel in this case for the United States. I certify that I am admitted to practice in this court.

Respectfully submitted, this the 16th day of August 2021.

                                                FRANCIS M. HAMILTON III
                                                Acting United States Attorney

By:    *s/ Andrew C. Parker*
        ANDREW C. PARKER
        Assistant U.S. Attorney
        FL Bar No.: 100949
        220 W. Depot Street, Suite 423
        Greeneville, Tennessee 37743
        andrew.parker@usdoj.gov
        (423) 639-6759