UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 2:20-CR-65 |
| v. | ) | JUDGE GREER |
| | ) | |
| EMORY Q. JACKSON | ) | |

**UNITED STATES' NOTICE OF EXPERT TESTIMONY PURSUANT TO
<u>RULE 16 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE</u>**

The United States of America, by and through the Acting United States Attorney for the Eastern District of Tennessee, hereby files this Notice that the United States intends to use a witness who will "testify in the form of an opinion or otherwise" based on their "knowledge, skill, experience, training, or education" Fed. R. Evid. 702. Pursuant to and in accordance with Fed. R. Crim. P. 16(a)(1)(G), the United States provided a written notice of the witness and their qualifications to the defendant via email on August 17, 2021.

As such the United States may call the following witness to offer expert testimony: Sgt. Matt Gryder, who has been employed by the Johnson City Police Department (JCPD) since January of 1999.

The United States believes the written notice to the defendant on August 17, 2021 complies with Fed. R. Crim. P. 16(a)(1)(G).

RESPECTFULLY SUBMITTED,

FRANCIS M. HAMILTON III
Acting United States Attorney

By: s/ *Meghan L. Gomez*
MEGHAN L. GOMEZ
Assistant United States Attorney

FL BPR # 068858
220 W. Depot Street, Suite 423
Greeneville, Tennessee 37743
meghan.gomez@usdoj.gov
(423) 639-6759


By: s/ *Andrew Cheatham Parker*
ANDREW CHEATHAM PARKER
Assistant United States Attorney
FL BPR # 100949
220 W. Depot Street, Suite 423
Greeneville, Tennessee 37743
andrew.parker@usdoj.gov
(423) 639-6759