Request To speak to Honorable Senior Judge Greer

FILED
MAR 01 2022
Clerk, U.S. District Court
Eastern District of Tennessee
At Greeneville

Dear, Honorable Senior Judge Greer
 I am writing this letter in regaurd to my cases I had took to trial before your court in September of 2021 The original charges I was found NOT Guilty and I was found Guilty of a Rap music video which was brought before the Courts 13 months later which accourding to Federal law was a Vindictive Pross. Charge added Your Honor I have all the proof and documents needed to show The Courts The Harrassment and unjust I have delt with From INV. Jeff Legualt & INV Kirk Stillwagon, All So The Cheif of Police of JCPD MR. Turner has placed These officers under Investigation about my current incarceration all SO I recieved a lack of Counsel From Nikki Himebaugh who lied to me about you & your Courts I have always heard that you are a fair Judge and I have been trying to speak to you for 2 years Can I please speak to Concerning these unjustice I am recieving from your courts. Please. Thank You
GOD Bless

Emory L. Jackson
P.O. Box 99 W/C/D/C
Jonesborough, Tenn 37659

KNOXVILLE TN 377
02 MAR 2022 PM 4 L

United States Federal Court
Court Clerk & U.S. Honorable Judge Greer
220 West Depot Street
Greeneville, Tenn 37743

WRITER IS AN INMATE. THE WASHINGTON COUNTY DETENTION CENTER HAS NOT INSPECTED NOR IS RESPONSIBLE FOR CONTENTS



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT  © USPS 2019