UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF TENNESSEE, GREENEVILLE, DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.                                            No. 2:20-cr-00065

EMORY Q JACKSON,

    DEFENDANT,

Motion for Leave to File the 28 U.S.C. §2255

Comes now the defendant, Mr. Emory Q Jackson by and through A motion for leave to file his relief of his unlawful conviction and sentence through 28 U.S.C. §2255.

The supporting facts reveals following Mr. Jackson's conviction and 264 months sentence by this court. Mr. Jackson became sick with his liver failure that a liver transplant had to be pursued. This took more than a year for Mr. Jackson to recover and is still recovering at the Federal Medical Center Devens in Ayer, MA. Mr. Jackson's compassionate release motion 18 U.S.C. §3582(c)(1)(A) was recently denied by the warden and this Court ordered that Mr. Jackson could not have motions pending at the same time.

In this matter, it is also noted in case laws. The one year statute of limitation is not jurisdictional. The equitable tolling may be permissable in some circumstance such as "A liver transplant" and recovery. See <u>Holland V. Florida</u>, 560 U.S. 631, 130 S.ct. 2549, 2560, 177 L.Ed.2d.130 (2010), citing <u>Day V. McDonough</u>, 546 US. 198, 205, 126 S.ct. 1675, 164 L.Ed.2d.376 (2006). The sixth circuit has left this burden on Mr. Jackson for this Court to apply Mr Jackson his leave for equitable tolling. <u>Vroman V. Brigano</u>, 346 F.3d. 598,

604 (6th Cir. 2005) and <u>Lee V. Lampert</u>, 653 F.3d. 929, 932 (9th Cir. 2011).

Wherefore,

Based upon Mr. Jackson's liver failure, transplant, recovery, and recent denial of his compassionate release motion, his motion for requested equitable tolling and late filing should be granted. Submitted this _____ day of July, 2025.

>Respectfully Submitted
>Emory Q. Jackson
>Reg #55151-074
>Federal Medical Center Devens
>P.O. Box 879
>Ayer, MA  01432

```
Emory Q. Jackson
Reg #55151-074
Federal Medical Center Devens
P.O. Box 879
Ayer, MA    01432
```



BOSTON MA 020
24 JUL 2025 PM 2 L

```
                              Office of the Clerk
                              United States District Court
                              220 West Depot Street
                              Greeneville, TN   37743
```

Case 2:20-cr-00065-JRG-CRW   Document 227   Filed 07/31/25   Page 3 of 4   PageID #: 4755



RECEIVED JUL 2 4 2025 By _____

DATE: _____
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JUSTIFICATION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO:
DEVENS FEDERAL MEDICAL CENTER
P.O. BOX 880
AYER, MA. 01432